ALLRED v. TUCCI

No. 241P87.

Case below: 85 N.C. App. 138.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 July 1987.

APPLE v. GUILFORD COUNTY

No. 217PA87.

Case below: 84 N.C. App. 679.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 July 1987.

ARCHER v. TRI-CITY TERMINALS, INC.

No. 135P87.

Case below: 84 N.C. App. 567; 319 N.C. 671.

Motion by defendant pursuant to Rule 27, N. C. Rules of App. Procedure, for reconsideration of the petition for review of the decision of the Court of Appeals dismissed 7 July 1987.

ARONOV v. SEC. OF REV.

No. 336PA87.

Case below: 85 N.C. App. 677.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1987. Petition by defendant for writ of supersedeas allowed 24 June 1987. Motion by plaintiff to dismiss appeal for lack of substantial constitutional question denied 10 July 1987. Motion to dissolve supersedeas denied 10 July 1987.

BURNS v. BURNS

No. 319P87.

Case below: 84 N.C. App. 700.

Motion by plaintiff to dismiss defendant's petition for discretionary review pursuant to G.S. 7A-31 for failure to comply with Rules of App. Procedure allowed 7 July 1987. Petition by defendant for writ of certiorari by defendant to the North Carolina Court of Appeals denied 7 July 1987.